# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Luis Eduardo Logro Logro**

     v.                                             Case No. 26-cv-595-PB-TSM

**David Wesling, Acting Field Office Director,**
**U.S. Immigration and Customs Enforcement, et al.**

## ORDER

After the government notified the Court that Luis Eduardo Logro Logro received the bond hearing he sought on July 30, 2026, see Doc. 8, I ordered Logro Logro to show cause within seven days why his petition should not be dismissed. Doc. 9. Logro Logro has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/  Paul Barbadoro
Paul J. Barbadoro
United States District Judge

August 14, 2026

cc:  Counsel of Record